220-15

# ELECTRONIC RECORD

COA # 04-14-00261-CR        OFFENSE: Retaliation

STYLE: Darrick Davon Oliver v. The State of Texas        COUNTY: Bexar

COA DISPOSITION: Affirmed        TRIAL COURT: 399th District Court

DATE:02/04/2015        Publish: NO        TC CASE #: 2012CR1844

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: «Style1» v. «Style2»        CCA #:

___PRO SE___ Petition        CCA Disposition: 220-15
FOR DISCRETIONARY REVIEW IN CCA IS:        DATE:
___REFUSED___        JUDGE:
DATE: 04/22/2015        SIGNED: ___        PC: ___
JUDGE: _Per Curiam_        PUBLISH: ___        DNP: ___

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____